454 A.2d 161

Commonwealth v. Clark, Appellant.

Submitted May 20, 1982.  David G. Metinko, Assistant Public Defender, for appellant;  Robert L. Eber-

hardt, Deputy District Attorney, for Commonwealth, appellee.

Before ROWLEY, MONTEMURO and VAN der VOORT, JJ.

Judgment of sentence affirmed.